# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MONTNA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> Plaintiff, <br><br> and <br><br> **SUPRIYA SHENDE,** <br><br> Defendant. | **Cause No: 4:19-po-05091-JTJ** <br><br> **ORDER STRIKING MOTION FOR PRODUCTION FROM THE RECORD** |

The Court having reviewed Defendant's Unopposed Motion to Strike the Motion for Production from the Record and for good cause'

**IT IS HEREBY ORDERED** that the Defendant's Motion for Production is Stricken from the Record.

DATED this 25th day of July, 2019.

_____
John Johnston
United States Magistrate Judge