# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUPRIYA A. SHENDE,<br><br>Defendant. | PO-19-05091-GF-JTJ<br><br>VIOLATIONS:<br>6563681<br>6563682<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $185 ($125 fine and $60 processing fees for the following violation numbers: 6563681 and 6563862). Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS ALSO ORDERED that violation 6563682 is amended to reflect the defendant is pleading guilty to "smoking in an undesignated area" in violation of 36 C.F.R. § 2.21.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 3, 2019, is VACATED.

DATED this 30th day of September, 2019.

John Johnston
United States Magistrate Judge